UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) CASE NO. MJ26-250 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| HINOCENCIO AGUILAR-ANGUIANO, | ) DETENTION ORDER |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

Offense charged:

1. Alien in the United States after Deportation

Date of Detention Hearing:    April 21, 2026.

The Court, having conducted a hearing pursuant to 18 U.S.C. §3142(f), determined that Defendant poses a serious risk of flight based upon the use of numerous aliases, multiple failures to appear, and multiple convictions for false identification, false statements, and resisting arrest.   Thus the Court finds a detention hearing is warranted.   *See* 18 U.S.C. § 3142(f)(2)(A).   Defendant has waived his right to a detention hearing in this District.   *See* Dkt. 7 at 2.

DETENTION ORDER
PAGE -1

It is therefore ORDERED:

1.  Defendant shall be detained pending transfer to the Eastern District of Washington for a Detention Hearing, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2.  Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3.  On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4.  The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the Defendant, to the United States Marshal, and to the United State Probation Services Officer.

DATED this 21st Day of April, 2026.

S. KATE VAUGHAN
United States Magistrate Judge

DETENTION ORDER
PAGE -2